**DISMISS; and Opinion Filed April 30, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00164-CV

### BILLY LLOYD MILLER AND MELODY MILLER, Appellants

### V.

### ESTATE OF DON FLESHER SR., TIMOTHY JAMES BUBEL, AS INDEPENDENT EXECUTOR FOR ESTATE OF DON FLESHER, SR., DON FLESHER, SR., INDIVIDUALLY AND D/B/A FLESHER FUNERAL HOME, CLAY FLESHER, INDIVIDUALLY, KRISTEN BOYD, AS HEIR OF CLAY FLESHER, AND FLESHER FUNERAL HOME, INC., Appellees

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. CV-090918**

## MEMORANDUM OPINION
Before Justices FitzGerald, Murphy, and Lewis
Opinion by Justice Murphy

The parties have filed a joint motion to dismiss this appeal in which appellants inform the Court they no longer wish to pursue their action against appellees. Accordingly, we grant the motion and dismiss the appeal as requested by the parties. *See* TEX. R. APP. P. 42.1(a)(2)(A).

/Mary Murphy/
MARY MURPHY
JUSTICE

120164F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

BILLY LLOYD MILLER AND MELODY
MILLER, Appellants

No. 05-12-00164-CV     V.

ESTATE OF DON FLESHER SR.,
TIMOTHY JAMES BUBEL, AS
INDEPENDENT EXECUTOR FOR
ESTATE OF DON FLESHER, SR., DON
FLESHER, SR., INDIVIDUALLY AND
D/B/A FLESHER FUNERAL HOME,
CLAY FLESHER, INDIVIDUALLY,
KRISTEN BOYD, AS HEIR OF CLAY
FLESHER, AND FLESHER FUNERAL
HOME, INC., Appellees

On Appeal from the 59th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. CV-090918.
Opinion delivered by Justice Murphy.
Justices FitzGerald and Lewis participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal. Pursuant to the parties' request, we **ORDER** that each party bear its own costs of the appeal.

Judgment entered this 30th day of April, 2013.

/Mary Murphy/
MARY MURPHY
JUSTICE

2